CITY OF SEDALIA ex rel. GILSONITE! CON-
STRUCTION COMPANY, Respondent, v. C. W.
ROBBINS et al., Appellants.

**Kansas City Court of Appeals, January 2, 1911.**

TAXBILLS: Public Improvements. The only substantial question in controversy was determined adversely to appellants in the case of City of Sedalia ex rel. v. Montgomery, Jr., et al. 227 Mo. 1, which was certified to the Supreme Court by the St. Louis Court of Appeals (109 Mo. App. 197).

Appeal from Pettis Circuit Court.—*Hon. George F. Longan*, Judge.

AFFIRMED.

*Barnett & Barnett* for appellants.

*Montgomery & Montgomery* for respondent.

JOHNSON, J.—This is an action to enforce the lien of a special taxbill. The appeal is from a judgment in favor of plaintiff. We have been holding the case under advisement awaiting the decision of the Supreme Court in the case of City of Sedalia ex rel. v. John Montgomery, Jr., et al., which was certified by the St. Louis Court of Appeals to the Supreme Court (109 Mo. App. 197). The Supreme Court adopted the opinion of the St. Louis Court of Appeals and the rule declared in that opinion determines adversely to the appellant the only substantial question in controversy

in the present case. Other grounds are urged against the validity of the taxbills but they are not tenable.

Following the decision of the Supreme Court, we affirm the judgment. All concur.

## ON REHEARING.

Since our former opinion in this case, it has been reargued, but we have not been convinced that we were in error in what we then said. On the contrary we are fully confirmed as to our opinion by a late opinion of the Supreme Court in another case of the City of Sedalia ex rel. v. John Montgomery, Jr., et al., not yet reported.

Affirmed. All concur.